| | |
|---|---|
| **THE BIERNAT LAW GROUP**<br>James D. Biernat (SBN: 75839)<br>jbiernat@jdblawyers.com<br>Lisa L. Pan (SBN: 188442)<br>lpan@jdblawyers.com<br>345 Shoreway Road, Suite 101<br>San Carlos, California 94070-2708<br>Telephone: (650) 802-0410<br>Facsimile: (650) 802-8997<br><br>Attorneys for Defendant<br>MIWAY, LLC | **LAW OFFICES OF FRANKIE F. YEUNG**<br>FRANKIE F. YEUNG, No. 265014<br>frankie.yeung.esq@gmail.com<br>1121 Vicente Street<br>San Francisco, CA 94116<br>Tel: (415) 632-6382<br>Fax: (415) 753-0310<br><br>Attorney for Defendants YOU SEE SUSHI; and IKUKO MIURA dba YOU SEE SUSHI |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>MIWAY, LLC, YOU SEE SUSHI; IKUKO MIJURA; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No.: CV11-1273 LB<br><br>**CONSENT TO ENTER SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS**<br>**(LR 77-2(b))** |

PLAINTIFF hereby acknowledges that the following monetary relief awarded jointly and severally against defendants MIWAY, LLC and YOU SEE SUSHI; and IKUKO MIURA dba YOU SEE SUSHI has been fully paid and that, in accordance with LR 77-2(b)) the clerk of the court may enter the Satisfaction of Monetary Judgment attached hereto and labeled "Exhibit A."

1. $12,000 in satisfaction of Plaintiff's claim for monetary damages, as more fully set forth in the Consent Decree and Judgment filed with the court on August 1, 2011; and

2. $30,000 in satisfaction of Plaintiff's other monetary claims, including claims for

1  attorneys' fees, litigation expenses and costs, as more fully set forth in the
2  accepted Offer of Judgment filed with the court on August 17, 2011.
3  Dated:                                          THIMESCH LAW OFFICES

                                                   _____
                                                   TIMOTHY S. THIMESCH
                                                   Attorney for Plaintiff Crag Yates

| | |
|---|---|
| THE BIERNAT LAW GROUP<br>James D. Biernat (SBN: 75839)<br>jbiernat@jdblawyers.com<br>Lisa L. Pan (SBN: 188442)<br>lpan@jdblawyers.com<br>345 Shoreway Road, Suite 101<br>San Carlos, California 94070-2708<br>Telephone:  (650) 802-0410<br>Facsimile:   (650) 802-8997<br><br>Attorneys for Defendant<br>MIWAY, LLC | LAW OFFICES OF FRANKIE F. YEUNG<br>FRANKIE F. YEUNG, No. 265014<br>frankie.yeung.esq@gmail.com<br>1121 Vicente Street<br>San Francisco, CA 94116<br>Tel: (415) 632-6382<br>Fax: (415) 753-0310<br><br>Attorney for Defendants YOU SEE SUSHI; and IKUKO MIURA dba YOU SEE SUSHI |

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>            Plaintiff,<br><br>vs.<br><br>MIWAY, LLC, YOU SEE SUSHI; IKUKO MIJURA; and DOES 1 through 50, inclusive,<br><br>            Defendants. | Case No.: CV11-1273 LB<br><br>**SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS (LR 77-2(b))** |

Upon the consent of Plaintiff Craig Yates, the following monetary judgment awarded jointly and severally against defendants MIWAY, LLC and YOU SEE SUSHI; and IKUKO MIURA dba YOU SEE SUSHI has been fully satisfied

1. $12,000 for Plaintiff's monetary damages, as more fully set forth in the Consent Decree and Judgment filed with the court on August 1, 2011; and

2. $30,000 for Plaintiff's other monetary claims, including claims for attorneys' fees, litigation expenses and costs, as more fully set forth in the accepted Offer of Judgment filed with the court on August 17, 2011.

**EXHIBIT A**

SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS
(LR 77-2(b)) - 1

Dated: September 15, 2011

~~CLERK, U.S. DISTRICT COURT~~
LAUREL BEELER
United States Magistrate Judge

SATISFACTION OF MONETARY JUDGMENT AGAINST DEFENDANTS
(LR 77-2(b)) - 2